UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20145-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

HIMMLEY MENDEZ,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Himmley Mendez's Motion for Early Termination of Supervised Release [DE 44], and the Government's response [DE 46]. The Court has reviewed said motion and the reasons advanced therein and is fully advised as to the facts and circumstances of this case. It is therefore

ORDERED AND ADJUDGED that Defendant Himmley Mendez's Motion for Early Termination of Supervised Release is hereby **DENIED.**

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of May 2016.

_____
JAMES I. COHN
United States District Judge

cc:   Andy Camacho, AUSA
      Himmley Mendez, Pro Se
      18713 NW 84th Psge #2105
      Hialeah, Florida 33015
      United States Probation Officer